IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RURAL HOUSING PARTNERS OF<br>HIGHLAND I LIMITED PARTNERSHIP,<br>A Wisconsin Limited Partnership,<br><br>      Defendant. | Case Number 09-cv-00745-bbc |

### ORDER OF DISMISSAL

  The plaintiff, United States of America, having moved to dismiss the above-captioned case with prejudice,

  IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice.

  Entered this 8th day of February, 2010.

              BY THE COURT:

              *Barbara B. Crabb*
              BARBARA B. CRABB
              Chief United States District Judge
              Western District of Wisconsin